IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| IN RE: | : | |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within nine months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 2nd day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

---

[1] This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2] With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3] The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

1

EXHIBIT A

4:04-cv-01717-BRW  Simmons, et al v. Wyeth Inc, et al
4:04-cv-01736-BRW  Lair, et al v. Wyeth Inc, et al
4:04-cv-01744-BRW  Emery, et al v. Wyeth Inc, et al
4:04-cv-01742-BRW  Abernathy, et al v. Wyeth Inc, et al
4:04-cv-01749-BRW  Martlew v. Wyeth Inc, et al

4:04-cv-01751-BRW  Simmons v. Wyeth Inc, et al
4:04-cv-01767-BRW  Stalls v. Wyeth Inc, et al
4:04-cv-01790-BRW  Peterson, et al v. Wyeth Inc, et al
4:04-cv-01805-BRW  Cottrell v. Wyeth Inc, et al
4:04-cv-01811-BRW  Carrozzella v. Wyeth Inc, et al

4:04-cv-01812-BRW  Dietrich, et al v. Wyeth Inc, et al
4:04-cv-01818-BRW  Bennett v. Wyeth Inc, et al
4:04-cv-01828-BRW  Gerow v. Wyeth Inc, et al
4:04-cv-01831-BRW  Terry, et al v. Wyeth Inc, et al
4:04-cv-01837-BRW  Jones v. Wyeth Inc, et al

4:04-cv-01839-BRW  Fischer v. Wyeth Inc, et al
4:04-cv-01840-BRW  Blake v. Wyeth Inc, et al
4:04-cv-01844-BRW  Broyles v. Wyeth Inc, et al
4:04-cv-01852-BRW  Shookman v. Wyeth Inc, et al
4:04-cv-01869-BRW  Parrish, et al v. Wyeth Inc, et al

4:04-cv-01872-BRW  Jaeger v. Wyeth Inc, et al
4:04-cv-01897-BRW  Foley v. Wyeth Inc, et al
4:04-cv-01902-BRW  Acker v. Wyeth Inc, et al
4:04-cv-01905-BRW  Wadler v. Wyeth Inc, et al
4:04-cv-01910-BRW  Johnson, et al v. Wyeth Inc, et al

4:04-cv-01912-BRW  Hendrickson v. Wyeth Inc, et al
4:04-cv-01918-BRW  Ashner, et al v. Wyeth Inc, et al
4:04-cv-01922-BRW  Skaggs, et al v. Wyeth Inc, et al
4:04-cv-01933-BRW  Allen, et al v. Wyeth Inc, et al
4:04-cv-01940-BRW  Ballauer, et al v. Wyeth Inc, et al

4:04-cv-01946-BRW  Turner, et al v. Wyeth Inc, et al
4:04-cv-01947-BRW  Dillman, et al v. Wyeth Inc, et al
4:04-cv-01951-BRW  Pierce, et al v. Wyeth Inc, et al
4:04-cv-01956-BRW  Stowers v. Wyeth Inc, et al
4:04-cv-01957-BRW  Guffey, et al v. Wyeth Inc, et al

4:04-cv-02248-BRW  Hulsey, et al v. Wyeth, et al
4:05-cv-00091-BRW  Israel v. Wyeth, et al
4:05-cv-00355-BRW  Ragsdale, et al v. Wyeth Inc, et al
4:05-cv-00741-BRW  Pursel, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00966-BRW  Sarmiento et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00968-BRW   Guida et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00971-BRW   De Vos et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00973-BRW   Bellingham et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00975-BRW   Lawrence v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00976-BRW   Pierre et al v. Wyeth Pharmaceuticals Inc et al

4:05-cv-00977-BRW   Campus et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-00995-BRW   Hirsch v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01009-BRW   Draski et al v. Wyeth et al
4:05-cv-01021-BRW   Meilinger et al v. Wyeth Inc et al
4:05-cv-01146-BRW   McKesson et al v. Wyeth Inc et al

4:05-cv-01147-BRW   Hensley et al v. Wyeth Inc et al
4:05-cv-01148-BRW   Windsor et al v. Wyeth Inc et al
4:05-cv-01151-BRW   Rosso et al v. Wyeth Inc et al
4:05-cv-01152-BRW   Smitley et al v. Wyeth Inc et al
4:05-cv-01155-BRW   Barsom et al v. Wyeth Inc et al

4:05-cv-01157-BRW   Hall et al v. Wyeth Inc et al
4:05-cv-01160-BRW   Carroway v. Wyeth Inc et al
4:05-cv-01162-BRW   Scheid et al v. Wyeth Inc et al
4:05-cv-01164-BRW   Wynn et al v. Wyeth Inc et al
4:05-cv-01166-BRW   Dewitt v. Wyeth Inc et al

4:05-cv-01168-BRW   Allman et al v. Wyeth Inc et al
4:05-cv-01173-BRW   Vargo v. Wyeth Inc et al
4:05-cv-01247-BRW   Porter et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01255-BRW   Towle v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01257-BRW   Haigler et al v. Wyeth Inc et al

4:05-cv-01259-BRW   Evin v. Wyeth Inc et al
4:05-cv-01376-BRW   Rymer v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01401-BRW   Reed v. Pfizer Inc et al
4:05-cv-01403-BRW   Arko et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01423-BRW   Shreve v. Wyeth Pharmaceuticals Inc et al

4:05-cv-01425-BRW   Franklin v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01426-BRW   Holden et al v. Pfizer Inc et al
4:05-cv-01427-BRW   Wilkerson et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01428-BRW   Fudally et al v. Wyeth et al
4:05-cv-01432-BRW   Boonstra v. Wyeth et al

4:05-cv-01449-BRW   Gardner et al v. Wyeth et al
4:05-cv-01457-BRW   Lamb v. Wyeth Inc et al
4:05-cv-01458-BRW   Lake v. Wyeth Inc et al
4:05-cv-01459-BRW   Lemon v. Wyeth Inc et al
4:05-cv-01460-BRW   Von Nostitz v. Wyeth Inc et al

```
4:05-cv-01461-BRW   Stewart v. Wyeth Inc et al
4:05-cv-01462-BRW   Steinbuch et al v. Wyeth Inc et al
4:05-cv-01463-BRW   Sanford et al v. Wyeth et al
4:05-cv-01464-BRW   Lewis v. Wyeth et al
4:05-cv-01467-BRW   Huff et al v. Wyeth Inc et al

4:05-cv-01468-BRW   Huff et al v. Wyeth Inc et al
4:05-cv-01469-BRW   Hamlin et al v. Wyeth Inc et al
4:05-cv-01487-BRW   Lick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01553-BRW   Slavik v. Wyeth Inc et al
4:05-cv-01534-BRW   Edwards et al v. Wyeth et al

4:05-cv-01566-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01567-BRW   Thompson et al v. Wyeth Inc et al
4:05-cv-01572-BRW   Shinton et al v. Wyeth Inc et al
4:05-cv-01576-BRW   Penrod v. Wyeth Inc et al
4:05-cv-01577-BRW   Spielman et al v. Wyeth Inc et al

4:05-cv-01578-BRW   Whitley v. Wyeth Inc et al
4:05-cv-01593-BRW   Reece v. Wyeth Inc et al
4:05-cv-01594-BRW   Beebe et al v. Wyeth et al
4:05-cv-01596-BRW   Abbott v. Wyeth Inc et al
4:05-cv-01597-BRW   Combs et al v. Wyeth Inc et al

4:05-cv-01598-BRW   Schouweiler v. Pharmacia & Upjohn Co.et al
4:05-cv-01600-BRW   Morgan v. Wyeth Inc et al
4:05-cv-01601-BRW   Littrell et al v. Wyeth Inc et al
4:05-cv-01605-BRW   Pogue v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01642-BRW   Bailey et al v. Wyeth Inc et al

4:05-cv-01647-BRW   Snopel et al v. Wyeth Inc et al
4:05-cv-01695-BRW   Andrade v. Wyeth Inc et al
4:05-cv-01699-BRW   Quillen v. Wyeth Inc et al
4:05-cv-01738-BRW   Morin v. Wyeth Inc et al
4:05-cv-01741-BRW   Clemens v. Wyeth Inc et al

4:05-cv-01762-BRW   Finnegan et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01779-BRW   Fallick et al v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01785-BRW   Huffman v. Wyeth Inc et al
4:05-cv-01791-BRW   Smith et al v. Wyeth Inc et al
4:05-cv-01796-BRW   Streible et al v. Wyeth et al

4:05-cv-01801-BRW   Tanner v. Wyeth
4:05-cv-01826-BRW   Bacha v. Wyeth Pharmaceuticals Inc et al
4:05-cv-01862-BRW   Horgan v. Wyeth Inc et al
4:05-cv-01890-BRW   Wells v. Wyeth et al
4:05-cv-01891-BRW   Litteer et al v. Wyeth, et al
```

4:05-cv-01897-BRW  Hoen v. Wyeth et al
4:05-cv-01925-BRW  Williams v. Wyeth Inc et al
4:05-cv-01933-BRW  Engstrom et al v. Wyeth Inc et al
4:05-cv-01935-BRW  Stevenson v. Wyeth Inc et al
4:05-cv-01936-BRW  Cignotti v. Pharmacia & Upjohn Company LLC et al

4:06-cv-00017-BRW  Hughes v. Wyeth Inc et al
4:06-cv-00024-BRW  Salois v. Wyeth Inc et al
4:06-cv-00028-BRW  Stewart et al v. Wyeth Inc et al
4:06-cv-00044-BRW  Schmid et al v. Wyeth Inc et al
4:06-cv-00049-BRW  Johnson et al v. Wyeth et al

4:06-cv-00052-BRW  Kern et al v. Wyeth et al
4:06-cv-00054-BRW  Grimme et al v. Wyeth Inc et al
4:06-cv-00064-BRW  Norwood et al v. Wyeth et al
4:06-cv-00065-BRW  Hughes et al v. Wyeth et al
4:06-cv-00066-BRW  Mattison et al v. Wyeth et al

4:06-cv-00067-BRW  Brous et al v. Wyeth et al
4:06-cv-00102-BRW  Conza v. Wyeth Inc et al
4:06-cv-00103-BRW  O'Toole v. Wyeth et al
4:06-cv-00120-BRW  Roffman et al v. Wyeth et al
4:06-cv-00138-BRW  Truelsen v. Wyeth Inc et al

4:06-cv-00145-BRW  Fruchtl et al v. Wyeth Inc et al
4:06-cv-00148-BRW  Watson et al v. Wyeth Inc et al
4:06-cv-00149-BRW  Minschew v. Wyeth et al
4:06-cv-00154-BRW  Sochan et al v. Wyeth et al
4:06-cv-00161-BRW  Spivey et al v. Wyeth Inc et al

4:06-cv-00173-BRW  Hart et al v. Wyeth Inc et al
4:06-cv-00184-BRW  Vossler et al v. Wyeth Inc et al
4:06-cv-00207-BRW  Pow et al v. Wyeth et al
4:06-cv-00222-BRW  Miller v. Wyeth et al
4:06-cv-00230-BRW  Chomar v. Wyeth Inc et al

4:06-cv-00232-BRW  Barrett v. Wyeth Inc et al
4:06-cv-00246-BRW  White v. Wyeth et al
4:06-cv-00271-BRW  Purcell et al v. Wyeth et al
4:06-cv-00278-BRW  Witcher et al v. Wyeth et al
4:06-cv-00301-BRW  Didier et al v. Wyeth Inc et al

4:06-cv-00303-BRW  Clark v. Wyeth et al
4:06-cv-00304-BRW  Campbell et al v. Wyeth Inc et al
4:06-cv-00306-BRW  Myles et al v. Wyeth Inc et al
4:06-cv-00308-BRW  Fallman v. Wyeth et al
4:06-cv-00309-BRW  Coppock v. Wyeth et al

```
4:06-cv-00310-BRW   White v. Wyeth et al
4:06-cv-00312-BRW   Peterson v. Wyeth et al
4:06-cv-00313-BRW   Hood v. Wyeth Inc et al
4:06-cv-00329-BRW   Stafford v. Wyeth et al
4:06-cv-00347-BRW   Reed v. Wyeth Inc et al

4:06-cv-00388-BRW   Langston et al v. Wyeth Inc et al
4:06-cv-00404-BRW   Fox v. Wyeth et al
4:06-cv-00410-BRW   Telsey et al v. Wyeth et al
4:06-cv-00421-BRW   Valyou v. Bristol-Myers Squibb Company et al
4:06-cv-00429-BRW   Doering v. Wyeth

4:06-cv-00431-BRW   Johnson v. Wyeth et al
4:06-cv-00436-BRW   Hogan v. Wyeth et al
4:06-cv-00440-BRW   Morrell v. Wyeth et al
4:06-cv-00456-BRW   Neal v. Wyeth et al
4:06-cv-00457-BRW   Dolan et al v. Wyeth et al

4:06-cv-00458-BRW   Dollar v. Wyeth et al
4:06-cv-00463-BRW   Lenart v. Wyeth et al
4:06-cv-00469-BRW   Lafferty v. Wyeth et al
4:06-cv-00479-BRW   Carpenter et al v. Wyeth et al
4:06-cv-00482-BRW   Rigsby v. Wyeth Inc et al

4:06-cv-00483-BRW   Romano v. Wyeth Inc et al
4:06-cv-00484-BRW   Kaminiski v. Wyeth Inc et al
4:06-cv-00492-BRW   Latchman v. Wyeth Inc et al
4:06-cv-00516-BRW   Levin v. Wyeth Inc et al
4:06-cv-00522-BRW   Jones v. Wyeth et al

4:06-cv-00528-BRW   Thurman et al v. Wyeth et al
4:06-cv-00529-BRW   Stevens v. Pharmacia & Upjohn Company LLC et al
4:06-cv-00533-BRW   Pendley v. Wyeth et al
4:06-cv-00539-BRW   Gunter et al v. Wyeth et al
4:06-cv-00557-BRW   Hayman v. Wyeth Inc et al

4:06-cv-00559-BRW   Dunn et al v. Wyeth et al
4:06-cv-00560-BRW   Linville v. Wyeth et al
4:06-cv-00562-BRW   Chakerian v. Wyeth et al
4:06-cv-00563-BRW   Weiss v. Wyeth et al
4:06-cv-00571-BRW   Bohlen v. Wyeth Inc et al

4:06-cv-00579-BRW   Lewis v. Wyeth Inc et al
4:06-cv-00584-BRW   King v. Wyeth et al
4:06-cv-00586-BRW   Larrick et al v. Wyeth et al
4:06-cv-00596-BRW   Elich v. Wyeth et al
4:06-cv-00621-BRW   Bowman v. Wyeth et al
```

```
4:06-cv-00625-BRW   Falcone et al v. Wyeth et al
4:06-cv-00626-BRW   Ryan et al v. Wyeth et al
4:06-cv-00631-BRW   Handshy et al v. Wyeth et al
4:06-cv-00634-BRW   Bowers et al v. Wyeth et al
4:06-cv-00637-BRW   Borne et al v. Wyeth Pharmaceuticals Inc

4:06-cv-00639-BRW   West et al v. Wyeth et al
4:06-cv-00640-BRW   Moritz v. Wyeth et al
4:06-cv-00642-BRW   Anderson et al v. Wyeth et al
4:06-cv-00643-BRW   Beatty et al v. Wyeth et al
4:06-cv-00644-BRW   Groh et al v. Wyeth et al

4:06-cv-00648-BRW   Troy v. Wyeth et al
4:06-cv-00650-BRW   Jackson v. Wyeth et al
4:06-cv-00651-BRW   Starnes v. Wyeth et al
4:06-cv-00686-BRW   Hunter v. Wyeth et al
4:06-cv-00691-BRW   Robinson v. Wyeth et al

4:06-cv-00693-BRW   Schexnayder v. Wyeth et al
4:06-cv-00694-BRW   Przybysz v. Wyeth et al
4:06-cv-00698-BRW   Eiseland et al v. Novartis Inc et al
4:06-cv-00699-BRW   Gillette et al v. Wyeth et al
4:06-cv-00700-BRW   Gray et al v. Wyeth et al

4:06-cv-00701-BRW   Miles et al v. Wyeth et al
4:06-cv-00703-BRW   Casteel v. Wyeth et al
4:06-cv-00705-BRW   Harvey v. Wyeth et al
4:06-cv-00706-BRW   Morgan v. Wyeth et al
4:06-cv-00707-BRW   Mercer v. Wyeth et al

4:06-cv-00708-BRW   Brown v. Wyeth et al
4:06-cv-00711-BRW   Fairbairn v. Wyeth et al
4:06-cv-00713-BRW   Glahn v. Wyeth et al
4:06-cv-00724-BRW   Harrison v. Wyeth et al
4:06-cv-00725-BRW   Moody v. Wyeth et al

4:06-cv-00734-BRW   Baker v. Wyeth et al
4:06-cv-00744-BRW   Myers et al v. Wyeth Inc et al
4:06-cv-00745-BRW   Schons v. Wyeth et al
4:06-cv-00766-BRW   Kibat v. Wyeth et al
4:06-cv-00767-BRW   Grosor v. Wyeth et al

4:06-cv-00768-BRW   Hagen v. Wyeth Inc et al
4:06-cv-00775-BRW   Taylor v. Wyeth et al
4:06-cv-00778-BRW   Jones et al v. Wyeth Inc et al
4:06-cv-00785-BRW   Pedicone v. Wyeth et al
4:06-cv-00786-BRW   Behnke et al v. Wyeth Inc et al
```

4:06-cv-00790-BRW   Ulmen v. Wyeth et al  
4:06-cv-00791-BRW   Newland v. Wyeth et al  
4:06-cv-00792-BRW   Hart et al v. Wyeth Inc et al  
4:06-cv-00794-BRW   Easley v. Wyeth et al  
4:06-cv-00795-BRW   Hodge v. Wyeth et al  

4:06-cv-00796-BRW   Klauck v. Wyeth et al  
4:06-cv-00798-BRW   Patterson v. Wyeth et al  
4:06-cv-00799-BRW   Massey et al v. Wyeth et al  
4:06-cv-00802-BRW   Hughes et al v. Wyeth et al  
4:06-cv-00804-BRW   Laines v. Wyeth et al  

4:06-cv-00808-BRW   Raterman v. Wyeth Inc et al  
4:06-cv-00813-BRW   Zachow et al v. Wyeth Inc et al  
4:06-cv-00814-BRW   Jones v. Wyeth Inc et al  
4:06-cv-00823-BRW   Reingold v. Wyeth et al  
4:06-cv-00824-BRW   Crittenden v. Wyeth et al  

4:06-cv-00840-BRW   Peoples v. Wyeth et al  
4:06-cv-00852-BRW   Bradley et al v. Wyeth et al  
4:06-cv-00854-BRW   Johnson et al v. Wyeth Inc et al  
4:06-cv-00855-BRW   Bailey v. Pfizer Inc et al  
4:06-cv-00859-BRW   Whitman v. Wyeth et al  

4:06-cv-00875-BRW   Turner v. Wyeth et al  
4:06-cv-00885-BRW   Townsend v. Wyeth et al  
4:06-cv-00888-BRW   Elliott v. Wyeth et al  
4:06-cv-00889-BRW   Hare v. Wyeth et al  
4:06-cv-00890-BRW   Olive v. Wyeth et al  

4:06-cv-00891-BRW   Hayes v. Wyeth et al  
4:06-cv-00894-BRW   Wadkins v. Wyeth et al  
4:06-cv-00895-BRW   Portrey v. Wyeth et al  
4:06-cv-00896-BRW   Branton v. Wyeth et al  
4:06-cv-00897-BRW   McKay v. Wyeth et al  

4:06-cv-00901-BRW   Robbins v. Wyeth Inc et al  
4:06-cv-00902-BRW   Frazier v. Wyeth et al  
4:06-cv-00905-BRW   Gustin v. Wyeth et al  
4:06-cv-00906-BRW   Mueller v. Wyeth et al  
4:06-cv-00907-BRW   Bjornson et al v. Pharmacia & Upjohn Co. LLC et al  

4:06-cv-00913-BRW   Long v. Wyeth et al  
4:06-cv-00917-BRW   Leseberg et al v. Wyeth et al  
4:06-cv-00934-BRW   Schmitt v. Wyeth et al  
4:06-cv-00935-BRW   Zaleski v. Wyeth Inc et al  
4:06-cv-00939-BRW   Huddleston v. Wyeth et al

| | |
|---|---|
| 4:06-cv-00950-BRW | Morgan v. Wyeth et al |
| 4:06-cv-00955-BRW | Dunkhas et al v. Wyeth et al |
| 4:06-cv-00956-BRW | St John et al v. Wyeth et al |
| 4:06-cv-00958-BRW | Griffin v. Wyeth et al |
| 4:06-cv-00964-BRW | Meade v. Wyeth |
| 4:06-cv-00969-BRW | Ennis v. Wyeth et al |
| 4:06-cv-00971-BRW | Howard v. Wyeth et al |
| 4:06-cv-00972-BRW | Cook v. Wyeth et al |
| 4:06-cv-00973-BRW | Labelle v. Wyeth et al |
| 4:06-cv-00974-BRW | Wright v. Wyeth et al |
| 4:06-cv-00976-BRW | Pyle v. Wyeth et al |
| 4:06-cv-00978-BRW | Storch v. Wyeth et al |
| 4:06-cv-00979-BRW | Ray v. Wyeth et al |
| 4:06-cv-00984-BRW | Irwin v. Wyeth et al |
| 4:06-cv-00991-BRW | Fonseca v. Wyeth et al |
| 4:06-cv-00992-BRW | Burns v. Wyeth et al |
| 4:06-cv-01016-BRW | Dold et al v. Wyeth et al |
| 4:06-cv-01020-BRW | Malmstrom v. Wyeth et al |
| 4:06-cv-01024-BRW | Ritchie v. Wyeth et al |
| 4:06-cv-01030-BRW | Downs-Breo et al v. Wyeth et al |
| 4:06-cv-01033-BRW | Armstrong v. Wyeth et al |
| 4:06-cv-01040-BRW | Fields v. Wyeth et al |
| 4:06-cv-01041-BRW | Watson v. Wyeth et al |
| 4:06-cv-01042-BRW | Smith v. Wyeth et al |
| 4:06-cv-01043-BRW | Samples v. Wyeth et al |
| 4:06-cv-01044-BRW | Adkisson v. Wyeth et al |
| 4:06-cv-01050-BRW | Klocek v. Wyeth et al |
| 4:06-cv-01052-BRW | Pepperdine v. Wyeth et al |
| 4:06-cv-01058-BRW | Bloodgood v. Wyeth et al |
| 4:06-cv-01059-BRW | Thebeau v. Wyeth, et al |
| 4:06-cv-01060-BRW | Dorsett v. Wyeth et al |
| 4:06-cv-01062-BRW | Gray v. Wyeth et al |
| 4:06-cv-01064-BRW | Worley v. Wyeth et al |
| 4:06-cv-01065-BRW | Roach v. Wyeth et al |
| 4:06-cv-01067-BRW | Newhouse v. Wyeth et al |
| 4:06-cv-01068-BRW | Baker v. Wyeth et al |
| 4:06-cv-01070-BRW | Schmick v. Wyeth et al |
| 4:06-cv-01071-BRW | Gant v. Wyeth et al |
| 4:06-cv-01072-BRW | Hawemann v. Wyeth et al |
| 4:06-cv-01075-BRW | Ross v. Wyeth Inc et al |

```
4:06-cv-01080-BRW   Nelson et al v. Wyeth et al
4:06-cv-01081-BRW   Baker v. Wyeth et al
4:06-cv-01086-BRW   Campbell v. Wyeth et al
4:06-cv-01092-BRW   Ghorley v. Wyeth et al
4:06-cv-01093-BRW   Pannell v. Wyeth et al

4:06-cv-01096-BRW   Lawrence et al v. Wyeth et al
4:06-cv-01109-BRW   Anderson v. Pfizer Inc et al
4:06-cv-01110-BRW   Hill v. Wyeth et al
4:06-cv-01118-BRW   Gavino v. Wyeth et al
4:06-cv-01121-BRW   Frandsen v. Wyeth et al

4:06-cv-01124-BRW   Williams v. Wyeth et al
4:06-cv-01126-BRW   Hatcher v. Wyeth et al
4:06-cv-01128-BRW   Furber v. Wyeth et al
4:06-cv-01129-BRW   Edris v. Wyeth et al
4:06-cv-01131-BRW   Hickman-Claytor v. Wyeth et al

4:06-cv-01143-BRW   Paradis v. Wyeth et al
4:06-cv-01145-BRW   Morris et al v. Wyeth et al
4:06-cv-01163-BRW   Burgett v. Wyeth et al
4:06-cv-01164-BRW   Rodriguez v. Wyeth Inc et al
4:06-cv-01168-BRW   Jones et al v. Wyeth et al

4:06-cv-01169-BRW   Bickel et al v. Wyeth et al
4:06-cv-01171-BRW   Merwin et al v. Wyeth et al
4:06-cv-01172-BRW   Taylor v. Wyeth et al
4:06-cv-01176-BRW   Thrift v. Wyeth et al
4:06-cv-01181-BRW   Billeau et al v. Wyeth et al

4:06-cv-01182-BRW   Boelk et al v. Wyeth et al
4:06-cv-01183-BRW   Flores et al v. Wyeth et al
4:06-cv-01191-BRW   Bross v. Wyeth et al
4:06-cv-01199-BRW   Ulmer v. Wyeth et al
4:06-cv-01206-BRW   Wilson v. Wyeth et al

4:06-cv-01207-BRW   Pritchett et al v. Wyeth et al
4:06-cv-01208-BRW   George et al v. Wyeth et al
4:06-cv-01210-BRW   Seaton et al v. Wyeth et al
4:06-cv-01213-BRW   Johnson v. Wyeth et al
4:06-cv-01216-BRW   Grindle et al v. Wyeth et al

4:06-cv-01218-BRW   Garcia et al v. Wyeth et al
4:06-cv-01221-BRW   Brege v. Wyeth et al
4:06-cv-01226-BRW   Baena et al v. Wyeth et al
4:06-cv-01229-BRW   Weston et al v. Wyeth et al
4:06-cv-01230-BRW   Walrod v. Wyeth et al
```

4:06-cv-01232-BRW   Sellepack v. Wyeth et al
4:06-cv-01234-BRW   Roe v. Wyeth et al
4:06-cv-01235-BRW   Roberts v. Wyeth et al
4:06-cv-01236-BRW   Patten v. Wyeth et al
4:06-cv-01237-BRW   Mullins et al v. Wyeth et al

4:06-cv-01239-BRW   Melendez v. Wyeth et al
4:06-cv-01240-BRW   Morgan et al v. Wyeth et al
4:06-cv-01242-BRW   Long et al v. Wyeth et al
4:06-cv-01243-BRW   Killian et al v. Wyeth et al
4:06-cv-01244-BRW   Carll v. Wyeth et al

4:06-cv-01245-BRW   Ayers v. Wyeth et al
4:06-cv-01246-BRW   Mancini v. Wyeth et al
4:06-cv-01247-BRW   Ferguson et al v. Wyeth et al
4:06-cv-01248-BRW   Kennedy et al v. Wyeth et al
4:06-cv-01249-BRW   Hamm v. Wyeth et al

4:06-cv-01251-BRW   McClellan v. Wyeth et al
4:06-cv-01253-BRW   O'Neil v. Wyeth et al
4:06-cv-01258-BRW   Rubin-Finn v. Wyeth et al
4:06-cv-01261-BRW   Stamper et al v. Wyeth et al
4:06-cv-01275-BRW   Jansky v. Wyeth et al

4:06-cv-01277-BRW   Dewey v. Wyeth et al
4:06-cv-01281-BRW   Shay v. Wyeth et al
4:06-cv-01283-BRW   Lykins et al v. Wyeth Inc et al
4:06-cv-01285-BRW   Lantz et al v. Wyeth et al
4:06-cv-01355-BRW   Dane v. Wyeth Inc et al

4:06-cv-01360-BRW   Blevins et al v. Wyeth et al
4:06-cv-01361-BRW   Heleniak et al v. Pfizer Inc et al
4:06-cv-01367-BRW   Darby et al v. Wyeth et al
4:06-cv-01371-BRW   Allen-Honeycutt et al v. Wyeth et al
4:06-cv-01377-BRW   Kruse et al v. Wyeth et al

4:06-cv-01389-BRW   Martin v. Wyeth Inc et al
4:06-cv-01404-BRW   Kaiser et al v. Wyeth Inc et al
4:06-cv-01406-BRW   Acard v. Wyeth et al
4:06-cv-01416-BRW   Lonkani v. Wyeth Inc et al
4:06-cv-01420-BRW   Scherer et al v. Wyeth et al

4:06-cv-01422-BRW   Newman et al v. Wyeth et al
4:06-cv-01424-BRW   Keith v. Wyeth et al
4:06-cv-01454-BRW   Brown et al v. Wyeth Inc et al
4:06-cv-01504-BRW   Aguayo et al v. Wyeth et al
4:06-cv-01518-BRW   Henry v. Pfizer Inc et al

Case 4:06-cv-01041-BRW   Document 10   Filed 03/02/12   Page 12 of 16

| | |
|---|---|
| 4:06-cv-01521-BRW | Galloway v. Wyeth et al |
| 4:06-cv-01544-BRW | Romel v. Wyeth et al |
| 4:06-cv-01549-BRW | Baurmash v. Wyeth Inc et al |
| 4:06-cv-01552-BRW | Dougherty v. Wyeth Inc et al |
| 4:06-cv-01554-BRW | Wilson v. Wyeth Inc et al |
| 4:06-cv-01602-BRW | Rister v. Wyeth Inc et al |
| 4:06-cv-01655-BRW | Groethe v. Wyeth et al |
| 4:06-cv-01681-BRW | Ippolito v. Wyeth Inc et al |
| 4:06-cv-01684-BRW | Williams v. Wyeth Inc et al |
| 4:06-cv-01698-BRW | McCandless v. Wyeth et al |
| 4:07-cv-00001-BRW | Addis et al v. Wyeth Inc et al |
| 4:07-cv-00078-BRW | Gattuso v. Wyeth Inc et al |
| 4:07-cv-00096-BRW | Collins v. Wyeth et al |
| 4:07-cv-00104-BRW | Arnold v. Wyeth et al |
| 4:07-cv-00105-BRW | Cox v. Wyeth et al |
| 4:07-cv-00108-BRW | Fuentes v. Wyeth Inc et al |
| 4:07-cv-00115-BRW | Nickence v. Wyeth Inc et al |
| 4:07-cv-00125-BRW | Cook et al v. Wyeth et al |
| 4:07-cv-00127-BRW | Becker v. Wyeth et al |
| 4:07-cv-00128-BRW | Doctors v. Wyeth et al |
| 4:07-cv-00167-BRW | Miller v. Wyeth |
| 4:07-cv-00168-BRW | Gabriel v. Wyeth |
| 4:07-cv-00169-BRW | Llana v. Wyeth et al |
| 4:07-cv-00170-BRW | Godwin v. Wyeth et al |
| 4:07-cv-00182-BRW | Howard v. Wyeth et al |
| 4:07-cv-00188-BRW | Vara et al v. Wyeth et al |
| 4:07-cv-00190-BRW | Podesta v. Wyeth et al |
| 4:07-cv-00226-BRW | Martinez v. Wyeth et al |
| 4:07-cv-00230-BRW | Read v. Wyeth et al |
| 4:07-cv-00248-BRW | Lawson v. Wyeth et al |
| 4:07-cv-00293-BRW | Fegley v. Wyeth et al |
| 4:07-cv-00295-BRW | Infinger et al v. Wyeth Inc et al |
| 4:07-cv-00313-BRW | Fitzner v. Wyeth et al |
| 4:07-cv-00322-BRW | Moe v. Wyeth et al |
| 4:07-cv-00325-BRW | Mullins et al v. Wyeth et al |
| 4:07-cv-00336-BRW | Gilley v. Wyeth et al |
| 4:07-cv-00431-BRW | Keane et al v. Pfizer Inc et al |
| 4:07-cv-00456-BRW | Marshall v. Wyeth et al |
| 4:07-cv-00465-BRW | Wagner v. Wyeth et al |
| 4:07-cv-00466-BRW | Swanson v. Wyeth et al |

12

4:07-cv-00468-BRW   Kaplan v. Wyeth et al
4:07-cv-00474-BRW   Calabro v. Wyeth et al
4:07-cv-00480-BRW   Rhodes v. Wyeth Inc
4:07-cv-00496-BRW   Berns v. Wyeth Inc et al
4:07-cv-00499-BRW   Mims et al v. Wyeth Pharmaceuticals Inc

4:07-cv-00500-BRW   Gardner v. Wyeth Pharmaceuticals Inc
4:07-cv-00513-BRW   Bernardo v. Wyeth et al
4:07-cv-00544-BRW   Basham v. Wyeth et al
4:07-cv-00547-BRW   Saucier et al v. Wyeth Inc et al
4:07-cv-00552-BRW   VanTassal v. Wyeth et al

4:07-cv-00560-BRW   Kimbrough v. Wyeth et al
4:07-cv-00578-BRW   Riley v. Wyeth et al
4:07-cv-00579-BRW   Soukkala v. Wyeth et al
4:07-cv-00581-BRW   Lightner v. Wyeth et al
4:07-cv-00597-BRW   Wright v. Wyeth et al

4:07-cv-00599-BRW   McKinney v. Wyeth et al
4:07-cv-00650-BRW   Greenberg v. Wyeth
4:07-cv-00724-BRW   Meredith et al v. Wyeth
4:07-cv-00735-BRW   Inwood v. Wyeth Inc et al
4:07-cv-00736-BRW   Edmundson et al v. Wyeth et al

4:07-cv-00738-BRW   Feldman v. Wyeth Inc et al
4:07-cv-01071-BRW   Hoffman v. Wyeth et al
4:07-cv-01072-BRW   Henderson et al v. Wyeth Inc et al
4:07-cv-01082-BRW   Pace v. Wyeth et al
4:07-cv-01085-BRW   Patterson v. Wyeth et al

4:07-cv-01094-BRW   Mumme et al v. Wyeth Inc et al
4:07-cv-01121-BRW   Kendall v. Pharmacia & Upjohn Company et al
4:07-cv-01122-BRW   Johnston v. Wyeth et al
4:07-cv-01126-BRW   Neilson v. Wyeth et al
4:07-cv-01127-BRW   Poto v. Wyeth et al

4:07-cv-01128-BRW   Shippen v. Wyeth et al
4:07-cv-01137-BRW   Singer v. Wyeth et al
4:07-cv-01140-BRW   Thompson v. Wyeth et al
4:07-cv-01141-BRW   Pulley v. Wyeth et al
4:07-cv-01145-BRW   Ward v. Wyeth et al

4:07-cv-01197-BRW   Harding et al v. Wyeth Inc et al
4:07-cv-01201-BRW   Bailey v. Wyeth et al
4:07-cv-01205-BRW   Carruth v. Wyeth et al
4:08-cv-00009-BRW   Johnson et al v. Wyeth et al
4:08-cv-00029-BRW   Hesch et al v. Wyeth Inc et al

```
4:08-cv-00038-BRW    Ranallo v. Wyeth et al
4:08-cv-00045-BRW    Mongeon v. Wyeth et al
4:08-cv-00054-BRW    Asbury v. Wyeth et al
4:08-cv-00055-BRW    D'Andrea v. Wyeth et al
4:08-cv-00063-BRW    McCall v. Wyeth Inc et al

4:08-cv-00080-BRW    Fitzgerald et al v. Pfizer Inc et al
4:08-cv-00103-BRW    Rutledge v. Wyeth et al
4:08-cv-00113-BRW    Gaw v. Wyeth et al
4:08-cv-00125-BRW    Shows v. Wyeth Pharmaceuticals Inc
4:08-cv-00129-BRW    Beier v. Wyeth et al

4:08-cv-00135-BRW    Marsa v. Wyeth et al
4:08-cv-00173-BRW    Wilkerson v. Wyeth et al
4:08-cv-00177-BRW    Willis v. Wyeth et al
4:08-cv-00178-BRW    McGinn et al v. Wyeth Inc et al
4:08-cv-00182-BRW    Mink v. Wyeth Inc et al

4:08-cv-00186-BRW    Pecci v. Wyeth et al
4:08-cv-00192-BRW    Illingsworth v. Wyeth Inc et al
4:08-cv-00203-BRW    Pellack v. Wyeth Pharmaceuticals Inc
4:08-cv-00237-BRW    Hunt et al v. Wyeth Inc et al
4:08-cv-00239-BRW    Dake v. Pfizer Inc et al

4:08-cv-00248-BRW    Cottrell v. Wyeth et al
4:08-cv-00251-BRW    Colledge et al v. Wyeth Inc et al
4:08-cv-00252-BRW    Garfinkle v. Wyeth et al
4:08-cv-00256-BRW    Singleton v. Wyeth et al
4:08-cv-00258-BRW    Johnson et al v. Wyeth Inc et al

4:08-cv-00259-BRW    Tucker v. Wyeth et al
4:08-cv-00263-BRW    Rieder et al v. Wyeth Inc et al
4:08-cv-00264-BRW    Hirvela et al v. Wyeth Inc et al
4:08-cv-00265-BRW    Chambers et al v. Wyeth Inc et al
4:08-cv-00266-BRW    Joffrion v. Wyeth et al

4:08-cv-00289-BRW    Hill v. Wyeth et al
4:08-cv-00296-BRW    Pugh v. Wyeth Inc et al
4:08-cv-00297-BRW    Ogens v. Wyeth et al
4:08-cv-00310-BRW    Grant-Hylton v. Wyeth et al
4:08-cv-00311-BRW    Duke v. Wyeth et al

4:08-cv-00312-BRW    Brinkley v. Wyeth et al
4:08-cv-00313-BRW    Case v. Wyeth et al
4:08-cv-00314-BRW    Deavers v. Wyeth et al
4:08-cv-00322-BRW    Martin v. Wyeth et al
4:08-cv-00330-BRW    Reed v. Wyeth et al
```

4:08-cv-00332-BRW   Cerinetti et al v. Wyeth et al
4:08-cv-00343-BRW   Becker et al v. Wyeth Inc et al
4:08-cv-00344-BRW   Meir et al v. Wyeth Inc et al
4:08-cv-00348-BRW   Kalbfleisch et al v. Wyeth Inc et al
4:08-cv-00350-BRW   Fratzke v. Wyeth Inc et al

4:08-cv-00394-BRW   Grace v. Wyeth et al
4:08-cv-00396-BRW   Trost v. Wyeth et al
4:08-cv-00418-BRW   Zidlick v. Wyeth et al
4:08-cv-00420-BRW   Slezak v. Wyeth Inc et al
4:08-cv-00435-BRW   Hall v. Wyeth et al

4:08-cv-00445-BRW   Sharp et al v. Wyeth et al
4:08-cv-00461-BRW   Cochran v. Wyeth Inc et al
4:08-cv-00465-BRW   Johnson v. Wyeth Inc et al
4:08-cv-00495-BRW   Brooks v. Wyeth Inc et al
4:08-cv-00528-BRW   Pfaff v. Wyeth Inc et al

4:08-cv-00551-BRW   Harrison et al v. Wyeth et al
4:08-cv-00554-BRW   Miller v. Wyeth et al
4:08-cv-00565-BRW   Lowe v. Wyeth et al
4:08-cv-00605-BRW   Stedman et al v. Wyeth et al
4:08-cv-00625-BRW   Stoe et al v. Wyeth et al

4:08-cv-00632-BRW   Sauer et al v. Wyeth et al
4:08-cv-00678-BRW   Harwell v. Wyeth et al
4:08-cv-00693-BRW   Erger v. Wyeth et al
4:08-cv-00776-BRW   Carpenter v. Wyeth et al
4:08-cv-00859-BRW   Mills v. Wyeth et al

4:08-cv-00863-BRW   Savage v. Wyeth et al
4:08-cv-00867-BRW   Camp v. Wyeth et al
4:08-cv-00869-BRW   Touchstone v. Wyeth et al
4:08-cv-00872-BRW   Scholl v. Wyeth et al
4:08-cv-00874-BRW   Valovich v. Wyeth et al

4:08-cv-00923-BRW   Williams v. Wyeth Inc et al
4:08-cv-01079-BRW   Lawnsdale v. Wyeth et al
4:08-cv-01082-BRW   Bogler v. Wyeth et al
4:08-cv-01086-BRW   Haber v. Wyeth et al
4:08-cv-01161-BRW   Hickerson et al v. Wyeth Inc et al

4:08-cv-01166-BRW   Mitchener v. Wyeth Inc et al
4:08-cv-01194-BRW   Steinhardt v. Wyeth et al
4:08-cv-01195-BRW   Pruett et al v. Wyeth et al
4:08-cv-01211-BRW   Bot v. Wyeth et al
4:08-cv-01246-BRW   Shaker v. Wyeth et al

4:08-cv-01250-BRW   McCann v. Wyeth et al
4:08-cv-01284-BRW   Andres et al v. Wyeth et al
4:08-cv-01297-BRW   Lunde et al v. Wyeth
4:08-cv-01310-BRW   Daher v. Wyeth et al
4:08-cv-01316-BRW   Perez v. Wyeth Inc

4:08-cv-01361-BRW   Roberts v. Wyeth Inc et al
4:08-cv-01378-BRW   Jones v. Wyeth et al
4:08-cv-01414-BRW   Dybvig v. Wyeth Inc et al
4:08-cv-01425-BRW   Gaio v. Wyeth Inc et al
4:08-cv-01433-BRW   Pieprzny v. Wyeth Inc et al

4:08-cv-01436-BRW   Johnson v. Wyeth Inc et al
4:08-cv-01444-BRW   Bortel v. Wyeth et al
4:08-cv-01445-BRW   Jacks v. Wyeth Inc et al
4:08-cv-01446-BRW   Griesing v. Wyeth et al
4:08-cv-01447-BRW   Hoffman v. Wyeth et al

4:08-cv-01448-BRW   Kelly v. Wyeth et al
4:08-cv-01449-BRW   Larson v. Wyeth et al
4:08-cv-01522-BRW   Adkins v. Wyeth et al
4:08-cv-01548-BRW   Olson v. Wyeth et al
4:08-cv-01552-BRW   Kuntz v. Wyeth Inc et al

4:08-cv-01628-BRW   Francis v. Pfizer Inc et al
4:08-cv-01815-BRW   Love v. Wyeth Inc et al
4:08-cv-01817-BRW   Ferreira et al v. Wyeth et al
4:08-cv-01818-BRW   Ruggles v. Wyeth et al
4:08-cv-01819-BRW   Martino et al v. Wyeth et al

4:08-cv-01820-BRW   Green et al v. Wyeth et al
4:08-cv-01821-BRW   Geyer et al v. Wyeth et al
4:08-cv-01833-BRW   Paquin v. Mylan Laboratories Inc
4:08-cv-01834-BRW   Posey v. Qualitest Pharmaceuticals Inc
4:08-cv-01837-BRW   Gray et al v. Wyeth et al

4:08-cv-01840-BRW   Reed et al v. Wyeth et al
4:08-cv-01841-BRW   Fox v. Wyeth et al
4:08-cv-01842-BRW   Bowling v. Wyeth et al
4:08-cv-01858-BRW   Long v. Wyeth et al
4:08-cv-01859-BRW   Surenyan v. Wyeth et al

4:08-cv-01863-BRW   Bennett et al v. Wyeth Inc et al
4:08-cv-01867-BRW   Ewick v. Wyeth Inc et al
4:08-cv-01878-BRW   McAloon v. Wyeth Inc et al
4:08-cv-01882-BRW   McClain v. Wyeth Inc et al
4:08-cv-01883-BRW   Micheletti et al v. Wyeth Inc et al